LEON SHIFREEN, Appellant, v. IMPORTERS AND EXPORTERS INSURANCE COMPANY OF NEW YORK, Respondent.— Appeal dismissed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Smith, Page, Merrell and McAvoy, JJ.

In the Matter of the Lien and Claim of EDWIN R. LEAVITT, Respondent, against FRANCIS R. STODDARD, JR., Superintendent of Insurance, etc., as Liquidator of the COLUMBIA LIFE ASSURANCE SOCIETY and Another, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Finch and McAvoy, JJ.

THE HATTERS' FUR EXCHANGE, INC., Respondent, v. THE CORTLAND HAT Co., INC., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Finch and McAvoy, JJ.

In the Matter of the Petition of WILLIAM MOSCOWITZ, Appellant, to Set Aside the Election of PHILIP L. MOLLER and Others, as Directors, etc., of the BRONX MATERNITY HOSPITAL. PHILIP L. MOLLER and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Finch and McAvoy, JJ.; Smith, J., dissenting.

PHILIP DIEHL, Respondent, v. VINCENT ADAMS, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted. No opinion. Present — Clarke, P. J., Dowling, Smith, Finch and McAvoy, JJ.

PHILIP WEINBERG and Another, as Copartners, etc., Appellants, v. HAROLD STREBEIGH and Others, as Trustees, etc., Respondents.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, on the ground that the case is neither difficult nor extraordinary. Present — Clarke, P. J., Dowling, Smith, Finch and McAvoy, JJ.

LEWIS L. FERGUSON, Respondent, v. BORIS S. FOX, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Finch and McAvoy, JJ.

BANK OF THE UNITED STATES, Plaintiff, v. SOL ROSENFIELD, Defendant, Impleaded with ABNER ROSENFIELD, Appellant, Copartners, etc., and PHILIP PALEVSKY, Respondent.— Order affirmed, with ten dollars costs and disbursements, with leave to appellant, within twenty days from service of order, to interpose his pleading to the answer of defendant Palevsky or otherwise move with respect thereto. No opinion. Present — Clarke, P. J., Dowling, Smith, Finch and McAvoy, JJ.

THE GLOBE AND RUTGERS FIRE INSURANCE COMPANY, Respondent, v. JOHN M. LARSEN, Appellant.— Order affirmed, with ten dollars costs and disbursements. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Smith, Finch and McAvoy, JJ.

THOMAS F. DWYER, Respondent, v. CHARLES V. BOB, Appellant.— Order modified by striking out the paragraph numbered " 3 " of the notice for examination, and as so modified affirmed, with ten dollars costs and disbursements to respondent. The time for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Smith, Finch and McAvoy, JJ.